IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Omni Pharmacy Services, LLC,      :
                   Petitioner     :
                                  :
          v.                      :      No. 1333 C.D. 2019
                                  :
Bureau of Workers' Compensation   :
Fee Review Hearing Office         :
(American Interstate Insurance    :
Company),                         :
                   Respondent     :

**PER CURIAM**                **O R D E R**

NOW, December 18, 2020, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.